273 So.2d 474

**In re W. B. DAVIS HOSIERY MILL, INC.**

**v.**

**WORD LUMBER CO., INC.**

**Ex parte W. B. Davis Hosiery Mill, Inc.**

**SC 232.**

Supreme Court of Alabama.

Feb. 22, 1973.

W. M Beck, Sr., Fort Payne, for petitioner.

FAULKNER, Justice.

Petition of W. B. Davis Hosiery Mill, Inc. for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in W. B. Davis Hosiery Mill, Inc. v. Word Lumber Co., Inc., 49 Ala.App. 492, 273 So.2d 469.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and MADDOX, JJ., concur.

275 So.2d 159

**In re Marie Ann ZAJAC**

**v.**

**Halina ZAJAC, Individually and as Administratrix of The Estate of Bronislaw Walter Zajac, Deceased.**

**Ex parte Marie Ann Zajac.**

**SC 241.**

Supreme Court of Alabama.

March 15, 1973.

Richard H. Gill, Montgomery, for petitioner.

No brief for respondent.

HEFLIN, Chief Justice.

Petition of Marie Ann Zajac for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Zajac v. Zajac, individually, and as administratrix of the estate of Bronislaw Walter Zajac, deceased, 49 Ala. App. 637, 275 So.2d 154.

Writ denied.

MERRILL, HARWOOD, MADDOX and FAULKNER, JJ., concur.